**STATE of Missouri, Respondent,**

v.

**James S. SCOTT, Appellant.**

**No. WD 36788.**

Missouri Court of Appeals,
Western District.

April 1, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1986.

Application to Transfer Denied
June 17, 1986.

■■■■■■■■■■■■■■■■■■■■■■■■

Sean D. O'Brien, David J. Fry, Kansas City, for appellant.

William L. Webster, Philip M. Koppe, Kansas City, for respondent.

Before CLARK, C.J., Presiding, and KENNEDY and LOWENSTEIN, JJ.

PER CURIAM:

Appeal from a jury-trial conviction of burglary in the second degree, § 569.170, RSMo (1978), and sentence to a three-year term of imprisonment, to be served consecutively with the sentence in another case.

Judgment affirmed. Rule 30.25(b).